UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    Plaintiff,

v.                               Case No. 4:18cv549-MW-HTC

WAKULLA C.I. ADMINISTRATION
and ELAINE MCINTOSH,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On February 8, 2019, the Court entered an order granting Plaintiff leave to proceed *in forma pauperis* and finding Plaintiff's complaint deficient because it was not filed on the required Northern District of Florida form. ECF Doc. 10. The Court directed the clerk to send Plaintiff a § 1983 complaint form and allowed Plaintiff thirty (30) days in which to file an amended complaint. The Court also advised Plaintiff that a failure to comply with the order as instructed would result in a recommendation that the case be dismissed.

Plaintiff failed to file the amended complaint within thirty (30) days. On March 20, 2019, the Court ordered Plaintiff to show cause within ten (10) days why this matter should not be recommended for dismissal. ECF Doc. 14. More than ten

(10) days have passed since March 20 and Plaintiff has neither filed the amended complaint nor responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with an order of the Court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 15th day of April, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 4:18cv549-MW-HTC