# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    *Plaintiff,*

v.                                          Case No. 4:18cv549-MW/HTC

WAKULLA C.I. ADMINISTRATION
and ELAINE MCINTOSH

    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 16, filed April 15, 2019. This Court has also reviewed *de novo* Plaintiff's objections. ECF No 18. Plaintiff's objections are difficult to follow. Put simply, Plaintiff did not comply with court orders to use the appropriate form. *Pro se* litigants routinely use the appropriate form. Accordingly,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **dismissed without prejudice** due to Plaintiff's failure to comply with an

1

order of the Court." The Clerk shall close the file.

**SO ORDERED on May 11, 2019.**

**s/Mark E. Walker          **
**Chief United States District Judge**